AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Delaware

| | | |
|---|---|---|
| Intellectual Ventures I LLC and Intellectual Ventures II LLC <br> *Plaintiff* <br> v. <br> Canon Inc., et al. <br> *Defendant* | ) ) ) ) ) ) ) ) | Civil Action No. 11-cv-792 (UNA) |

## ALIAS SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Canon U.S.A., Inc.
c/o Corporation Service Company
80 State Street
Albany, New York 12207-2543

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Brian E. Farnan
Farnan LLP
919 N Market St, 12th Floor
Wilmington, DE 19801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: SEP 13 2011

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 11-cv-792 (UNA)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* CANON USA INC.
was received by me on *(date)* 9/16/2011.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Steve Pastore (CSC Corp) , who is
designated by law to accept service of process on behalf of *(name of organization)* CANON USA INC
on *(date)* 9/16/2011 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 9/17/2011

_____
Server's signature

Raymond C Bennett
Printed name and title

56 Milton Ave #8, Ballston Spa NY
Server's address

Additional information regarding attempted service, etc: