IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC,<br><br>Plaintiffs,<br><br>v.<br><br>CANON INC., CANON U.S.A., INC., OLYMPUS CORPORATION, OLYMPUS CORPORATION OF THE AMERICAS, OLYMPUS AMERICA INC., and OLYMPUS IMAGING AMERICA INC.<br><br>Defendants. | C.A. No. 1:11-cv-00792-SLR |

**STIPULATION AND ORDER EXTENDING TIME
TO RESPOND TO COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel and subject to the approval of the Court, as follows:

(1) The time within which defendants Olympus Corporation, Olympus Corporation of the Americas, Olympus America Inc., and Olympus Imaging America, (collectively, "Olympus") shall move, answer or otherwise respond to the Complaint (D.I. 1) shall be extended through and including December 29, 2011;

(2) Olympus accepts service of the Complaint for this case only.

| FARNAN LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: /s/ Brian E. Farnan<br>Brian E. Farnan (#4089)<br>Rosemary Jean Piergiovanni (#3655)<br>919 North Market Street<br>12th Floor<br>Wilmington, DE 19801<br>Tel: (302) 777-0300<br>bfarnan@farnanlaw.com<br>rpiergiovanni@farnanlaw.com | By: /s/ Richard L. Horwitz<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>Tel: (302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com |
| *Attorneys for Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC* | *Attorneys for Defendants Olympus Corporation, Olympus Corporation of the Americas, Olympus America Inc., and Olympus Imaging America Inc.* |

IT IS SO ORDERED this _____ day of _____, 2011.

_____
United States District Judge

1029591/37320