IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC, <br><br> Plaintiffs, <br><br> v. <br><br> CANON INC.; CANON U.S.A., INC.; OLYMPUS CORPORATION; OLYMPUS CORPORATION OF THE AMERICAS, OLYMPUS AMERICA INC. and OLYMPUS IMAGING AMERICA INC., <br><br> Defendants. | ) ) ) ) ) ) ) C.A. No. 11-792 (SLR) ) ) ) ) ) ) ) ) |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by and between Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC and Defendants Canon Inc. and Canon U.S.A., Inc. (collectively "Canon"), subject to the approval of the Court that:

(1) The time for Canon to move, answer or otherwise respond to the Complaint shall be extended through and including December 29, 2011; and

(2) Canon accepts service of the Complaint for this case only.

| | |
|---|---|
| FARNAN LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ Brian E. Farnan* | */s/ Jack B. Blumenfeld* |
| Brian E. Farnan (#4089) <br> Rosemary Jean Piergiovanni (#3655) <br> 919 North Market Street <br> 12th Floor <br> Wilmington, DE  19801\ <br> (302) 777-0300 <br> bfarnan@farnanlaw.com <br> rpiergiovanni@farnanlaw.com <br><br> *Attorneys for Plaintiffs* | Jack B. Blumenfeld (#1014) <br> 1201 North Market Street <br> P.O. Box 1347 <br> Wilmington, DE  19899 <br> (302) 658-9200 <br> jblumenfeld@mnat.com <br><br> *Attorneys for Canon Inc. and Canon U.S.A., Inc.* |

2

SO ORDERED this _____ day of _____ 2011.

_____
                                                                                                J.

Case 1:11-cv-00792-SLR Document 10 Filed 10/04/11 Page 2 of 2 PageID #: 199

2

SO ORDERED this _____ day of _____ 2011.