IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC,<br><br>Plaintiffs,<br><br>v.<br><br>CANON INC.; CANON U.S.A., INC.; OLYMPUS CORPORATION; OLYMPUS CORPORATION OF THE AMERICAS, OLYMPUS AMERICA INC. and OLYMPUS IMAGING AMERICA INC.,<br><br>Defendants. | C.A. No. 11-792 (SLR) |

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANT CANON U.S.A., INC.

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Canon U.S.A., Inc. states that its parent corporation is Canon Inc., which is a publicly-held corporation that trades on the Tokyo Stock Exchange.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Jack B. Blumenfeld

Jack B. Blumenfeld (#1014)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com

*Attorneys for Canon Inc. and Canon U.S.A., Inc.*

OF COUNSEL:

Nicholas M. Cannella
Michael P. Sandonato
FITZPATRICK, CELLA, HARPER & SCINTO
1290 Avenue of the Americas
New York, NY 10104-3800
212-218-2100

December 23, 2011

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 23, 2011, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

>Brian E. Farnan, Esquire
>Rosemary J. Piergiovanni, Esquire
>FARNAN LLP
>
>Richard L. Horwitz, Esquire
>David E. Moore, Esquire
>POTTER ANDERSON & CORROON LLP

I further certify that I caused copies of the foregoing document to be served on December 23, 2011, upon the following in the manner indicated:

| | |
|---|---|
| Brian E. Farnan, Esquire<br>Rosemary J. Piergiovanni, Esquire<br>FARNAN LLP<br>919 North Market Street<br>12th Floor<br>Wilmington, DE 19801<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| John M. Desmarais, Esquire<br>Alan S. Kellman, Esquire<br>John C. Spaccarotella, Esquire<br>Jonas R. McDavit, Esquire<br>Xiao Li, Esquire<br>DESMARAIS LLP<br>230 Park Avenue<br>New York, NY 10169<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |

Richard L. Horwitz, Esquire
David E. Moore, Esquire
POTTER ANDERSON & CORROON LLP
1313 North Market Street
6th Floor
Wilmington, DE 19801
*Attorneys for Olympus Corporation, Olympus Corporation of the Americas, Olympus America Inc. and Olympus Imaging America Inc.*

*VIA ELECTRONIC MAIL*

George E. Badenoch, Esquire
Walter E. Hanley, Esquire
John R. Kenny, Esquire
Thomas R. Makin, Esquire
KENYON & KENYON LLP
One Broadway
New York, NY 10004
*Attorneys for Olympus Corporation, Olympus Corporation of the Americas, Olympus America Inc. and Olympus Imaging America Inc.*

*VIA ELECTRONIC MAIL*

_____
Jack B. Blumenfeld (#1014)

2