IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC,<br><br>Plaintiffs,<br><br>v.<br><br>CANON INC., et al.,<br><br>Defendants. | Civil Action No. 11-cv-792-SLR<br><br>JURY TRIAL DEMANDED |

## STIPULATION EXTENDING BRIEFING DEADLINE

Plaintiffs and Defendants, Canon Inc. and Canon USA, Inc., hereby agree that the deadline for Plaintiffs to file their answering brief to Canon Inc.'s and Canon USA, Inc.'s Motion to Dismiss Intellectual Ventures I LLC's and Intellectual Ventures II LLC's Claims of Induced Infringement is extended from January 9, 2012 to January 17, 2012.

|  |  |
|---|---|
|  | Respectfully submitted, |
| FARNAN LLP | MORRIS NICHOLS ARSHT & TUNNELL LLP |
| /s/ Brian E. Farnan<br>Brian E. Farnan (# 4089)<br>Farnan LLP<br>919 N. Market St., 12th Floor<br>Wilmington, DE 19801<br>(302) 777-0300<br>bfarnan@farnanlaw.com | /s/ Jack Blumenfeld<br>Jack B. Blumenfeld (# 1014)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington DE 19899-1347<br>(302) 658-9200<br>jblumenfeld@mnat.com |
| *Attorneys for Plaintiffs* | *Attorneys for Canon Inc. and Canon USA, Inc.* |

Dated: January 4, 2012

SO ORDERED this ____ day of _____, 2012.

_____
The Honorable Sue L. Robinson