IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civ. No. 11-792-SLR ) |
| CANON INC. and CANON U.S.A., INC., | ) ) |
| Defendants. | ) |

**JUDGMENT FOLLOWING A JURY VERDICT**
**PURSUANT TO FED. R. CIV. P. 58(b)**

For reasons stated in the jury verdicts of May 2, 2014 and May 12, 2014;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC and against defendants Canon Inc. and Canon U.S.A., Inc. as to claim 3 of the '081 patent and claims 14 and 16 of the '686 patent.

IT IS FURTHER ORDERED that judgment be and is hereby entered in favor of defendants Canon Inc. and Canon U.S.A., Inc. and against plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC as to induced infringement of claims 1, 2, and 3 of the '348 patent and claims 19 and 20 of the '960 patent.

IT IS FURTHER ORDERED that judgment be and is hereby entered in favor of plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC and against defendant Canon Inc. and Canon U.S.A., Inc. as to validity of claims 1, 2, and 3 of the '348 patent and claims 19 and 20 of the '960 patent.

_____
United States District Judge

Dated: 5/14/2014

_____
(By) Deputy Clerk