**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 11-792 (SLR) |
| CANON INC. and CANON U.S.A., INC., | ) ) ) |
| Defendants. | ) |

**DEFENDANT CANON'S POST-TRIAL MOTION FOR JUDGMENT AS A
MATTER OF LAW AND, IN THE ALTERNATIVE, CONTINGENT MOTION
FOR A NEW TRIAL REGARDING U.S. PATENT NOS. 5,754,348 AND 6,121,960**

Pursuant to Fed. R. Civ. P. 50(b), Defendants Canon Inc. and Canon U.S.A., Inc. ("Canon") move for judgment as a matter of law ("JMOL") on the following issues:

1. Anticipation of Claims 1-3 of U.S. Patent No. 5,754,348 (the "'348 patent").

2. Obviousness of Claims 1-3 of the '348 patent.

3. Anticipation of Claims 19 and 20 of U.S. Patent No. 6,121,960 (the "'960 patent").

4. Obviousness of Claims 19 and 20 of the '960 patent.

In the alternative, pursuant to Fed. R. Civ. P. 50(b) and 59, should the Court deny Canon's JMOL motion as to invalidity yet grant Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC a new trial as to infringement of either of the '348 or '960 patents, Canon respectfully requests that the issue of the invalidity of these patents also be the subject of any new trial.

The grounds for this motion are set forth in Canon's Opening Brief, submitted herewith.

- 1 -

- 2 -

Dated:  June 11, 2014

*Of Counsel:*

Nicholas M. Cannella
Michael P. Sandonato
Scott K. Reed
Peter D. Shapiro
FITZPATRICK, CELLA, HARPER & SCINTO
1290 Avenue of the Americas
New York, NY 10104-3800
(212) 218-2100
ncannella@fchs.com
msandonato@fchs.com
sreed@fchs.com
pshapiro@fchs.com

/s/ Julia Heaney

Jack B. Blumenfeld (#1014)
Julia Heaney (#3052)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
jheaney@mnat.com

*Attorneys for Defendants*
*Canon Inc. and Canon U.S.A., Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 11, 2014, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on June 11, 2014, upon the following in the manner indicated:

Brian E. Farnan, Esquire                                          *VIA ELECTRONIC MAIL*
Rosemary J. Piergiovanni, Esquire
FARNAN LLP
919 North Market Street, 12th Floor
Wilmington, DE  19801
*Attorneys for Plaintiffs*


John M. Desmarais, Esquire                                      *VIA ELECTRONIC MAIL*
Alan S. Kellman, Esquire
John C. Spaccarotella, Esquire
Jonas R. McDavit, Esquire
Justin P.D. Wilcox, Esquire
Jason Berrebi, Esquire
Sarah Waidelich, Esquire
Edward Terchunian, Esquire
Jeffrey Seddon, Esquire
Paul A. Bondor, Esquire
Tamir Packin, Esquire
DESMARAIS LLP
230 Park Avenue
New York, NY  10169
*Attorneys for Plaintiffs*


*/s/ Julia Heaney*

Julia Heaney (#3052)